UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14425-CIV-CANNON

ZACHARY SAWICKI,

    Plaintiff,

v.

LOAN DEPOT LLC,

    Defendant.

_____/

## OMNIBUS ORDER

**THIS CAUSE** comes before the Court sua sponte. The Court has conducted a full review of the record and the pending motions. Following that review, and to facilitate expeditious and orderly resolution of this case, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Dismiss 12(b)(6) [ECF No. 10] is **GRANTED** with leave to replead, as indicated below.

    a. Plaintiff shall have **one final opportunity** to file an amended complaint, on or before **May 24, 2023.**

    b. Any such amended complaint must clearly and specifically set forth the legal and factual basis supporting each of the claims asserted, including the class action allegations and the statutory and/or regulatory basis underlying each claim, mindful of the arguments and authorities presented in the Motion to Dismiss [ECF No. 10].

    c. Nothing in this Order should be construed as a disposition of the merits of Defendant's arguments in the Motion to Dismiss, such resolution to be reserved for any future Motion to Dismiss following Plaintiff's final opportunity to

replead [ECF Nos. 10, 28, 31].

2. Defendant's Motion to Stay Discovery [ECF No. 22] is **GRANTED** in this respect only; discovery in this matter is **STAYED** pending entry of a Scheduling Order.[1]

3. Defendant's Motion to Strike [ECF No. 23] is **DENIED AS MOOT** in light of Plaintiff's forthcoming amended complaint.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 9th day of May 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

---

[1] Plaintiff does not oppose Defendant's request to bifurcate discovery by "completing discovery on Plaintiff's individual claims prior to commencing class discovery" [ECF No. 30 p. 4]. Bifurcation of class and individual discovery will be addressed by the Court in a future Scheduling Order.